IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JUN 22 2017
CLERK'S OFFICE
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )    Cr. No. 90-80355-01 |
| | )<br>)    Honorable Marianne O. Battani |
| LONNIE GRIFFIN,<br>    Defendant. | )<br>) |

### MOTION TO MODIFY TERM OF SUPERVISED RELEASE

Now comes the Defendant Lonnie Griffin (Griffin), pro se, pursuant to 18 U.S.C. § 3583(e)(1), hereby motions the court to modify the terms of his supervised release.

On February 22, 1991, Griffin was sentenced by this Court to life imprisonment based on his conviction after trial on five counts of Conspiracy to Possess With Intent to Distribute cocaine under 21 U.S.C. §§ 841(a) and 846. Griffin's total offense level at the time of the original sentencing was 44 and his criminal history category was III. The resulting sentencing guideline range was life imprisonment. A statutory 5-year term of Supervised Release was imposed in addition to the sentence of life imprisonment.

On or about February 2, 2016, the Defendant and the United States Attorney's Office (USAO) entered into a stipulation whereby Griffin's amended guideline level would be reduced to 42, which resulted in a guideline range of 360 months to life imprisonment. (Doc #421). On March 16, 2016, this Honorable Court issued an order reducing Griffin's

1

sentence from life imprisonment to 360 months. (Doc #422). However, the statutory 5-year term of Supervised Release remained in effect. Accordingly, Griffin was subsequently released from prison and began serving the 5-year term of supervised release on June 13, 2016.

Since his June 13, 2016, release, Griffin has abided by the conditions imposed upon him by the Court, including, but not limited to:

- not had any contact with law enforcement
- maintained employment
- completed his monthly supervision reports

Moreover, in addition to the above, on May 1, 2017, Griffin suffered a life-threatening injury consisting of a ruptured esophagus and collapsed lung.

WHEREFORE, based upon the above, Griffin respectfully motions this Honorable Court to modify the previously imposed term of Supervised Release, by issuing an Order to the effect terminating the previously imposed 5-year term of Supervised Release.

Dated: June 19, 2017                      Respectfully submitted by,

*Lonnie Griffin*

### CERTIFICATE OF SERVICE

I hereby certify that on the above date, the foregoing paper was filed with the Clerk of the Court via the U.S. Postal mail, with a copy sent to Christina R. Wilkerson, United States Probation Officer, United States Probation Department, 231 West Lafayette, Suite 901, Detroit, MI. 48226.

*Lonnie Griffin*

Lonnie L. Griffin
11015 Craft
Detroit, MI 48224

METROPLEX MI
20 JUN 2017 PM 4 L

6/20/17

RECEIVED
JUN 22 2017
CLERK'OFFICE
DETROIT

Clerk
United States District Court
Eastern District of Michigan
Southern Division
231 West Lafayette Blvd.
Detroit, MI 48226

48226-277758